# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANH VOUNG, et al., | 1: 08 CV 01247 AWI  DLB |
| Plaintiffs, | SCHEDULING ORDER (Fed.R.Civ.P 16) |
| v. | Discovery Deadlines:<br>    Initial Disclosures: January 15, 2009<br>    Non Expert: May 29, 2009<br>    Expert: August 7, 2009 |
| UNITED STATES DEPARTMENT of AGRICULTURE | Non-Dispositive Motion Deadlines:<br>    Filing: August 12, 2009<br>    Hearing: September 4, 2009 |
| Defendant. | Pre-Trial Conference:<br>    September 18, 2009 at 8:30 a.m.<br>    Courtroom 2 |
| | Trial:  November 17, 2009 at 9:00 a.m.<br>    Courtroom 2   CT 2 days |

**I.      Date of Scheduling Conference**

November 25, 2008.

**II.     Appearances of Counsel**

Ralph Curtis appeared on behalf of Plaintiffs.

Benjamin E. Hall appeared on behalf of Defendant.

**III.    Discovery Plan and Cut-Off Date**

The parties are ordered to exchange the initial disclosures required by Fed .R. Civ. P. 26(a)(1) on or before January 15, 2009.

1

The parties are ordered to complete all discovery pertaining to non-experts on or before May 29, 2009 and all discovery pertaining to experts on or before August 7, 2009.

The parties are directed to disclose all expert witnesses, in writing, on or before June 19, 2009, and to disclose all supplemental experts on or before July 7, 2009. The written designation of experts shall **be made pursuant to Fed. R. Civ. P. Rule 26(a)(2), (A) and (B) and shall include all information required thereunder.** Failure to designate experts in compliance with this order may result in the Court excluding the testimony or other evidence offered through such experts that are not disclosed pursuant to this order.

The provisions of Fed. R. Civ. P. 26(b)(4) and (5) shall apply to all discovery relating to experts and their opinions. Experts must be fully prepared to be examined on all subjects and opinions included in the designation. Failure to comply will result in the imposition of sanctions, which may include striking the expert designation and preclusion of expert testimony.

### IV.     Pre-Trial Motion Schedule

All Non-Dispositive Pre-Trial Motions, including any discovery motions, shall be filed no later than August 12, 2009 and heard on or before September 4, 2009. Non-dispositive motions are heard on Fridays at 9:00 a.m., before the Honorable Dennis L. Beck, United States Magistrate Judge in Courtroom 9. **Counsel must comply with Local Rule 37-251 with respect to discovery disputes or the motion will be denied without prejudice and dropped from calendar.**

In scheduling such motions, the Magistrate Judge may grant applications for an order shortening time pursuant to Local Rule 6-142(d). However, if counsel does not obtain an order shortening time, the notice of motion *must* comply with Local Rule 37-251.

Counsel may appear and argue non-dispositive motions by telephone, providing a written request to so appear is made to the Magistrate Judge's Courtroom Clerk no later than five (5) court days before the noticed hearing date. In the event that more than one attorney requests

to appear by telephone then it shall be the obligation of the moving part(ies) to arrange and originate a conference call to the court.

**V.     Pre-Trial Conference Date**

September 18, 2009 at 8:30 a.m. in Courtroom 2 before Judge Ishii.

The parties are ordered to file a **Joint Pretrial Statement pursuant to Local Rule 16-281(a)(2).** The parties are further directed to submit a digital copy of their pretrial statement in Word Perfect X3[1] format, directly to Judge Ishii's chambers by email at AWIOrders@caed.uscourts.gov.

Counsels' attention is directed to **Rules 16-281 and 16-282 of the Local Rules** of Practice for the Eastern District of California, as to the obligations of counsel in preparing for the pre-trial conference.  The Court will insist upon strict compliance with those rules.

**VI.     Trial Date**

November 17, 2009 at 9:00 a.m. in Courtroom 2 before the Honorable Anthony W. Ishii, United States District Court Judge.

    A.     This is a court trial.

    B.     Counsels' Estimate of Trial Time: 2 days.

    C.     Counsel's attention is directed to Local Rules of Practice for the Eastern District of California, Rule 16-285.

**VII.     Settlement Conference**

Should the parties desire a settlement conference, they will jointly request one of the court, and one will be arranged.  In making such request, the parties are directed to notify the court as to whether or not they desire the undersigned to conduct the settlement conference or to arrange for one before another judicial officer.

///

---

[1] If WordPerfect X3 is not available to the parties then the latest version of WordPerfect or any other word processing program in general use for IBM compatible personal computers is acceptable.

3

    **VIII.**    **Request for Bifurcation, Appointment of Special Master, or other Techniques to Shorten Trial**

          Not applicable at this time.

    **IX.**    **Related Matters Pending**

          There are no pending related matters.

    **X.**    **Compliance with Federal Procedure**

All counsel are expected to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of Practice of the Eastern District of California, and to keep abreast of any amendments thereto. The Court must insist upon compliance with these Rules if it is to efficiently handle its increasing case load and sanctions will be imposed for failure to follow the Rules as provided in both the Federal Rules of Civil Procedure and the Local Rules of Practice for the Eastern District of California.

    **XI.**    **Effect of this Order**

The foregoing order represents the best estimate of the court and counsel as to the agenda most suitable to dispose of this case. The trial date reserved is specifically reserved for this case. If the parties determine at any time that the schedule outlined in this order cannot be met, counsel are ordered to notify the court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference.

**Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested.**

Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **December 16, 2008**         /s/ **Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE