```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  BENJAMIN E. HALL (SBN 219924)
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for Defendant
    United States Department of Agriculture
 7
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THANH VOUNG and NAI TRUONG, Husband and Wife, doing business as ASIAN MARKET,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>    Defendant. | 1:08-cv-01247-AWI-GSA<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

The parties to this action, through their attorneys, submit this stipulation and proposed order to modify the Scheduling Order (Doc. 10) by extending the deadline for completing non-expert discovery.

The parties have made no previous requests to modify the case schedule. Plaintiffs' counsel has recently discovered that additional records bearing upon the claims and defenses in the case may exist, and the parties agree that scheduled depositions should be postponed until those records can be located and exchanged. The parties therefore request that the case schedule

1 be modified to extend the deadline for completing non-expert
2 discovery from May 29, 2009, to July 3, 2009.

RESPECTFULLY SUBMITTED,

Dated: May 27, 2009.  LAWRENCE G. BROWN
Acting United States Attorney

By: /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorneys for Defendant

Dated: May 27, 2009.  CURTIS & ARATA

By: /s/ Youlet Ovrahim
YOULET OVRAHIM
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: **May 27, 2009**  /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE